FANTASY, INC., Plaintiff–
Counterdefendant–
Appellee,

v.

John C. FOGERTY, Defendant–
Counterclaimant–Appellant.

FANTASY, INC., Plaintiff–Appellee,

v.

John C. FOGERTY, Defendant,

and

Warner Bros. Records, Inc.; WEA International, Inc.; Warner Communications, Inc.; WEA Manufacturing, Inc.; and WEA Corporation, Defendants–Appellants.

Nos. 88–15815, 89–15118, 88–
15816 and 89–15120.

United States Court of Appeals,
Ninth Circuit.

April 11, 1994.

Before: BOOCHEVER, NOONAN, and O'SCANNLAIN, Circuit Judges.

This case is remanded to the district court for further proceedings consistent with the opinion of the United States Supreme Court,

*Fogerty v. Fantasy, Inc.,* —— U.S. ——, 114 S.Ct. 1023, 127 L.Ed.2d 455 (1994).